CAUSE # SC- 13-51

**CLAYTON FOUNTAIN** § In the Small Claims Court
Plaintiff

VS § Precinct Three, Place Two

**DIVERSIFIED CONSULTANTS, INC.** § Collin County, Texas
Defendant
By Serving: JOHN CRAWFORD

Registered Agent: JOHN CRAWFORD

FILED 2013 FEB 21 PM 2:03 JUSTICE COURT PCT. 3 PL. 2 COLLIN COUNTY, TEXAS

### PLAINTIFF'S STATEMENT OF CLAIM

CLAYTON FOUNTAIN, Plaintiff, whose Driver's License number is ** 072 (Last 3 #'s) and whose MAILING address is: P.O. BOX 868135  PLANO  TX  75086  COLLIN  TX
Street / City / State / Zip / County / State

and telephone numbers are: 214-701-4531
Daytime / FAX / E-mail

---

DIVERSIFIED CONSULTANTS, INC., Defendant, whose Driver's License number is** WK (Last 3 #'s) and whose PHYSICAL address is: 1200 RIVER PLACE BLVD, STE 800  JACKSONVILLE, FL  32207
Street / City / State / Zip

DUVAL County, Texas, 904-694-3141 and is justly indebted to the Plaintiff in the sum of:
Phone Number

$5,000.00 plus court costs of $250.00 for reason(s) of: VIOLATIONS OF THE FEDERAL DO NOT CALL REGISTRY, TCPA, TEXAS DO NOT CALL LISTS, AND VARIOUS OTHER FEDERAL AND STATE LAWS.

---

plus attorney fees if applicable.
AND there are no counterclaims existing in favor of the Defendant(s) against Plaintiff(s) except:

Plaintiff(s) request(s) a judgment for a sum of money against Defendant's, plus pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment at the highest legal rate.

Plaintiff (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)
*******************************************************************************
On this the day, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this 21st day of February, 2013.

JP 3-2 Court Clerk OR Notary Public, Collin County, Texas     My Commission Ex...

CLERK OF COURT JUSTICE COURT PCT. 3, PL. 2 COLLIN COUNTY, TEXAS

Judge John E. Payton, JP 3-2   920 E. Park Boulevard   Suite 210   Plano, Texas 75074   972-881-3109

CASE NO. 32SC1351

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the ONE that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

FILED 2013 FEB 21 PM 2:03 JUSTICE COURT PCT. 3 PL. 2 COLLIN COUNTY, TEXAS

_____
PLAINTIFF

Sworn to and subscribed before me on the 21st day of February, 2013.

STATE OF TEXAS
COUNTY OF COLLIN

NOTARY PUBLIC SIGNATURE        SEAL

_____     OR     [CLERK OF COURT JUSTICE COURT PCT. 3, PL. 2 COLLIN COUNTY, TEXAS seal]
CLERK OF THE COURT                    CLERK SEAL

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge John Payton, JP 3-2        920 E. Park Blvd.        Suite 210        Plano, Texas 75074